IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME JUNIOR WASHINGTON,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>MICHAEL WENEROWICZ, et al.,<br><br>　　　　　　　Respondents. | CIVIL ACTION<br>NO. 15-6181 |

## ORDER

**AND NOW**, this 28th day of January 2016, upon consideration of the Report and Recommendation of Magistrate Judge Timothy R. Rice (Doc. No. 9), and that the Report and Recommendation has not been objected to by the parties, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 9) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

3. Any outstanding motions are **DENIED AS MOOT**.

4. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Habeas Petition. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

5. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.